Arthur Minas
Counsel for the Plaintiff
510 West 6th Street, Suite 200
Los Angeles, CA 90014
Tel  (213) 347-0025
Fax (213) 623-2899
Arthur@wilawgroup.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

HUA GONG, a/k/a HONGSHEN MA

       Plaintiff,

vs.

U.S. DEPARTMENT OF JUSTICE


       Defendant

Case No.:

COMPLAINT

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to compel the United States Department of Justice (DOJ), to immediately produce the complete record of proceedings in In Re Hongshen Ma, A095 310 991, including any recordings.

**PARTIES**

2. HUA GONG is a native and citizen of China, currently residing in Los Angeles County California.

3. HUA GONG, when he was in removal proceedings, used the alias "Hongshen Ma."

COMPLAINT - 1

4. The United States Department of Justice (DOJ) is an agency of the United States, residing in the District of Columbia.

## JURISDICTION

5. Since this is a civil action arising under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), a law of the United States, original jurisdiction over this action is vested in this Court by 28 U.S.C. § 1331.

## BRIEF STATEMENT OF PERTINENT FACTS

6. On July 28, 2021, the DOJ received a request under FOIA from plaintiff Hua Gong, for a complete copy of the record of removal proceeding in File No. A095-310-991, In re MA, Hongshen, including all recordings. Exhibit A at 1.

7. Mr. Gong's fully executed Form DOJ 361 was attached. *Id*. at 3.

8. On August 13, 2021, DOJ acknowledged this receipt and assigned the request the control number 2021-4831662. *Id.* at 4.

9. No further response from DOJ was forthcoming thereafter.

10. As of the date of the filing of this complaint DOJ has not determined whether to comply with such request nor has it notified plaintiff of such determination and the reasons therefor, and of the right of the plaintiff to appeal to the head of the agency any adverse determination.

## STATEMENT OF RELEVANT LAW

11. 5 U.S.C. § 552(a)(3)(A) provides that:

12. Except with respect to the records made available under paragraphs (1) and (2) of this subsection, and except as (E), each agency, upon any request for records which (i) reasonably describes such records and (ii) is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, shall make the records

COMPLAINT - 2

promptly available to any person.

13. 5 U.S.C. § 552(a)(6) provides in relevant part that "each agency, upon any request for records made under paragraph (1), (2), or (3) of this subsection, shall--

14. determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination.

15. 5 U.S.C. § 552(a)(4)(B) provides in relevant part that

16. On complaint, the district court of the United States in the district in which the complainant resides, or has her principal place of business, or in which the agency records are situated, or in the District of Columbia, has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant.

## CAUSE OF ACTION

17. The United States Department of Justice, despite receiving the aforementioned request from Hua Gong which reasonably described such records and was made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, has failed to determine whether to make those records available to him and notify him of that determination within the applicable time limit provisions of 5 U.S.C. § 552(a)(6).

18. Accordingly, Hua Gong has exhausted his administrative remedies with respect to such request.

19. The United States Department of Justice has improperly withheld from Hua Gong the documents identified in that request.

COMPLAINT - 3

**RELIEF REQUESTED**

WHEREFORE this Court should enjoin the United States Department of Justice from withholding from Hua Gong a complete copy of the record of removal proceeding in File No. A095-310-991, In re MA, Hongshen, including all recordings and award him his expenses, including reasonable attorney fees, in pursuing this action.


Respectfully Submitted this 16th day of May, 2022


*/s/ Arthur Minas*
Arthur Minas
Counsel for the Plaintiff
510 West 6th Street, Suite 200
Los Angeles, CA 90014
Tel  (213) 347-0025
Fax (213) 623-2899
Arthur@wilawgroup.com

COMPLAINT - 4